SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
4974 N. Fresno St., #551
Fresno, California, 93726
Telephone: 559.233.1000
Facsimile: 559.702.6697
Email: salsciandra@sbcglobal.net

Attorney for Defendant, CAESAR ALEJANDRO GOMEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CAESAR ALEJANDRO GOMEZ,<br>        Defendant. | CASE NO: 1:15-cr-00288 LJO<br><br>STIPULATION TO CONTINUE SENTENCING AND ORDER<br>[Proposed] Date: October 30, 2017<br>Time: 8:30 AM<br>Courtroom: LAWRENCE J. O'NEILL |

    The parties hereto, by and through their respective attorneys, stipulate that the sentencing hearing in this action be continued from October 16, 2017 to October 30, 2017 at the hour of 8:30 am before the Honorable Lawrence J. O'Neill. The defendant's Informal Objections to be due on or before October 2, 2017. Formal Objections to be filed with the court on or before October 16, 2017. This stipulation is needed because the defendant's counsel has been on a preplanned vacation since September 5, 2017 and will not return to Fresno until September 16. Currently, Defendant Blanco's informal objections are due on September 18, 2017. The current schedule will not give counsel enough time to meet with Mr. Blanco to go over the PSR with him and to prepare informal and formal objections

/ / /

STIPULATION TO CONTINUE SENTENCING CASE NO. 15-CR-00288

| | |
|---|---|
| Dated: September 15, 2017 | */s/* Salvatore Sciandra<br>Attorney For Defendant<br>CAESAR ALEJANDRO GOMEZ |
| Dated: September 15, 2017 | Phillip Talbert<br>Acting United States Attorney<br>By: */s/* KATHLEEN SERVATIUS<br>Approved by Email on September 14, 2017 |

## **ORDER**

The court has reviewed and considered the stipulation of the parties and good cause appearing, IT IS ORDERED that the sentencing hearing in this matter be set on October 30, 2017 at 8:30 AM. The defendant's Informal Objections to be due on or before October 2, 2017. Formal Objections to be filed with the Court on or before October 16, 2017

IT IS SO ORDERED.

Dated:   **September 15, 2017**          /s/ Lawrence J. O'Neill
                                                              UNITED STATES CHIEF DISTRICT JUDGE