SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
4974 N. Fresno St., #551
Fresno, California, 93726
Telephone: 559.233.1000
Facsimile: 559.702.6697
Email: salsciandra@sbcglobal.net

Attorney for Defendant, CAESAR ALEJANDRO GOMEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br><br><br>CAESAR ALEJANDRO GOMEZ,<br>          Defendant. | CASE NO: 1:15-cr-00288 LJO<br><br><br>STIPULATION TO CONTINUE<br>SENTENCING AND ORDER<br><br>[Proposed] Date: November 27, 2017<br>[Proposed] Time: 8:30 AM<br>Courtroom: LAWRENCE J. O'NEILL |

The parties hereto, by and through their respective attorneys stipulate that the sentencing hearing in this action be continued from October 30, 2017 to November 27, 2017 at the hour of 8:30 am before the Honorable Lawrence J. O'Neill. Formal Objections to be filed with the Court on or before November 6 2017. This stipulation is needed because the defendant's informal objections were sent via email to both the probation department and to the United States Attorney's Office in a timely manner, however, on October 10, 2017 Senior Probation Officer Anthony Andrews electronically filed a notice to the Court that the defendant did not serve any informal objections to the PSR. In response to this notice, counsel for defendant spoke with Senior Probation Officer Andrews alerting him to the fact that counsel had in fact emailed to him the defendant's informal objections on October 2, 2017. It was determined that there was either

an electronic or administrative error which prevented Senior Probation Officer Andrews from

personally receiving the defendant's informal objections. This requested sentencing schedule

will give the probation officer time to respond to the defendant's informal objections and give

counsel time to file formal objections if necessary.


Dated: October 12, 2017                    /s/ Salvatore Sciandra
                                           Attorney for Defendant
                                           CAESAR ALEJANDRO GOMEZ


Dated: October 12, 2017                    Phillip Talbert
                                           Acting United States Attorney
                                           By: /s/ KATHLEEN SERVATIUS
                                           Approved by Email on October 10 2017


## ORDER

The court has reviewed and considered the stipulation of the parties and good cause

appearing, IT IS ORDERED that the sentencing hearing in this matter be reset to November 27, 2017

at 8:30 AM.. Formal Objections to be filed with the Court on or before November 6 2017.


IT IS SO ORDERED.

Dated:   **October 12, 2017**          **/s/ Lawrence J. O'Neill**
                                       UNITED STATES CHIEF DISTRICT JUDGE