IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:15-cr-00288-005 LJO |
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| CAESAR ALEJANDRO GOMEZ | |
| Defendant. | |

IT IS HEREBY ORDERED that defendant Caesar Alejandro Gomez shall be released from the Kern County Jail December 20, 2017 at 10:00 a. m. Kathy Grinstead, of Early intervention Services who will then transport the defendant directly to the Comprehensive Addiction Program (CAP) in Fresno, California to be admitted and to complete the residential program and aftercare program.

IT IS SO ORDERED.

Dated: **December 20, 2017**     /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE