IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 1:15CR00288-005 LJO |
|---|---|
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| CAESAR ALEJANDRO GOMEZ, | |
| Defendant. | |

The above-named defendant having been sentenced on October 7, 2019,

IT IS HEREBY ORDERED that the defendant shall be released on Monday, October 14, 2019 at 8:30am. A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated: **October 8, 2019**         /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE